**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ROBERT TABER,

    Petitioner,

vs.                                                      Case No.: 3:05cv180/MCR/EMT

JAMES R. McDONOUGH,

    Respondent.
                                            /

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 21, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

**DONE AND ORDERED** this 22nd day of February, 2007.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS
                                                    UNITED STATES DISTRICT JUDGE**